In the Matter of the Application of WILLIAM J. COOK and Others, Petitioners, Respondents, against JAMES E. FINEGAN and Others, Constituting the Civil Service Commission of the City of New York, and Others, Defendants, Appellants. WALTER M. BOUGHTON, Intervener, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ROBERT C. BROWN, Respondent, v. MANUFACTURERS TRUST COMPANY and Another, Appellants, Impleaded with Others, Defendants.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Townley and Callahan, JJ., dissent and vote to reverse and dismiss the complaint.

In the Matter of a Plan of Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as 200–6 Marcy Place Borough and County of Bronx, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 210,669. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of BOND AND MORTGAGE GUARANTEE COMPANY, Appellant; FELIX A. MULDOON and Others, Trustees, Petitioners, Respondents; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present —. Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BYRON D. MACDONALD, Respondent, v. EASTMAN KODAK COMPANY, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant, v. JOSEPH ROTHENBERG and " BENNY " BERMAN, the First Name " Benny " Being Fictitious, Defendant's True First Name Being Unknown to Plaintiff, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBINA DRUDA, Appellant, v. COMPREHENSIVE OMNIBUS CORPORATION, a New York Corporation, and Others, Defendants, Impleaded with MANHATTAN TRANSIT COMPANY, a New Jersey Corporation, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and deny the motion.

JEANETTE SCHACHTER, an Infant, by JACOB SCHACHTER, Her Guardian ad Litem, and JACOB SCHACHTER, Individually, Judgment Creditors, Appellants, v. JACOB TOPPER, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

COLGATE CONSTRUCTION CORPORATION, Appellant, v. MORTGAGE COMMISSION OF THE STATE OF NEW YORK and Others, Defendants, Impleaded with SIDNEY NEWBORG, as Trustee for Certificate Holders of BOND AND MORTGAGE GUARANTEE COMPANY, under Guarantee No. 207,125, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.